```
FILED
October 20, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> OBED UR RAHMAN, ) <br> ) <br> Defendant. ) | Case No. 2:09-cr-436 MCE <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  Obed Ur Rahman , Case 2:09-cr-436 MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_  Release on Personal Recognizance

    \_\_  Bail Posted in the Sum of _____

    _X_  Unsecured bond in the amount of $50,000.00 to be co-signed by Lateef Rahman.

    \_\_  Appearance Bond with 10% Deposit

    \_\_  Appearance Bond secured by Real Property

    \_\_  Corporate Surety Bail Bond

    _X_  (Other) Pretrial conditions/supervision;

Issued at  Sacramento, CA  on 10/20/09  at  3:55 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge