```
RANDY E. THOMAS - SBN.: 78411
JEANNINE I. MALDONADO - SBN.: 285619
BARBARA J. THOMAS - SBN.: 283318
LAW OFFICE OF RANDY E. THOMAS
18826 N. Lower Sacramento Road, Suite G
Post Office Box 717
Woodbridge, CA 95258-0717
Telephone: (209) 369-9255
Facsimile: (209) 369-9288
```

Attorney for Defendant,
**OBED RAHMAN**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OBED RAHMAN, et al.,<br><br>    Defendants. | CASE NO.: 2:09-CR00436-MCE<br><br>AMENDED STIPULATION AND ORDER TO ALLOW DEFENDANT OBED RAHMAN TO TRAVEL TO PAKISTAN ON OR ABOUT NOVEMBER 15, 2014 and RETURN ON OR ABOUT MARCH 18, 2015 |

   The Defendant, **OBED RAHMAN**, by and through his defense counsel, Barbara J. Thomas of the Law Office of Randy E. Thomas, asks that this Court allow him to travel to Pakistan and later Saudi Arabia at or around November 15, 2014 until March 18, 2015.

   The reason for the trip is to attend the marriage of his son, and then to attend a religious pilgrimage in Saudi Arabia. Mr. Rahman has been on Low Risk Supervision (LRS) status since June of 2013 and his period of probation has been without incident.  He is an Imam and considered to be a religious leader in his culture.  Therefore, the reason for his visit is not only for family-related reasons but for spiritual and educational reasons as well.

   Mr. Rahman has contacted his probation officer, Julie Fowler, who does not express any

United States of America  v. Obed Rahman, et al.
Stipulation and Order To Travel                          1

objections to his traveling to Pakistan and later Saudi Arabia. The United States, through its counsel, Assistant United States Attorney John K. Vincent stipulates that Mr. Rahman may go on the trip, and he has authorized Ms. Barbara Thomas to sign the Stipulation for him and to file the same.

IT IS SO STIPULATED

Date: September 30, 2014

/s/ Barbara J. Thomas
_____
**BARBARA J. THOMAS**
**Attorney for Obed Rahman**

Date: September 30, 2014

/S/ John K. Vincent
_____
**JOHN K. VINCENT**
**Assistant U.S. Attorney**

## ORDER

Pursuant to the joint stipulation above (ECF No. 131) and the non-opposition of Defendant's Probation Officer (ECF No. 131 at 2), Defendant Obed Rahman is AUTHORIZED to travel to Pakistan and later Saudi Arabia at or around November 15, 2014 until March 18, 2015 to attend the marriage of his son, and then attend a religious pilgrimage in Saudi Arabia. The Clerk of the Court is DIRECTED to serve a courtesy copy of this Order on the United States Probation Office for the Eastern District of California.

IT IS SO ORDERED.

Date: October 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

United States of America v. Obed Rahman, et al.
Stipulation and Order To Travel                    2